**FILED**
August 18, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                               )<br>                          Plaintiff,            )<br>v.                                                          )<br>                                                               )<br>KAO CHIEO SAETEURN,                  )<br>                                                               )<br>                          Defendant.       ) | Case No. 2:09-cr-00382-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release, KAO CHIEO SAETEURN, Case No. 2:09-cr-00382-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    _X_     Release on Personal Recognizance

    ___     Bail Posted in the Sum of: $

            ___ Unsecured Appearance Bond

            ___ Secured Appearance Bond

    _X_     (Other) <u>Conditions as stated on the record.</u>

    ___     (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  8/18/2014  at  4:15 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge